## B. W. Baker Co. v. United States

**No. 4636.**—Invoice dated Langenhagen-Hannover, Germany, December 12, 1936.
Certified December 14, 1936.
Entered at Minneapolis, Minn., January 7, 1937.
Entry No. 485.

(Decided September 12, 1939)

*B. W. Baker* for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Richard F. Weeks*, special attorney), for the defendant.

Evans, Judge: This is an appeal from a finding of value made by the appraiser of merchandise at the port of Minneapolis, Minn. The question involved is whether an item of discount noted on the invoice as 2 per centum is a dutiable item. The appraiser found the value to be the invoiced unit prices less 33 per centum on $278, plus packing charges, less items marked "X". The importer at the trial claimed that a discount of 2 per centum for cash is a nondutiable item and should have been deducted. The appraiser at the port of

entry when called to the stand by the importer admitted that this item of 2 per centum cash discount is a nondutiable charge and that the importer's claim should be allowed. I therefore find that the value of the merchandise is the invoiced unit prices less 33⅓ per centum on $278.24, plus packing charges, less items marked "X", less 2 per centum.

Judgment will be rendered accordingly. It is so ordered.